UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DESMON DESMOND BURKS,            CIVIL NO. 17-0539 (SRN/SER)

       Petitioner,

v.                                          ORDER

STEPHEN JULIAN,

       Respondent.

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated March 30, 2017 [Doc. No. 4]. No objections have been filed to that Report and Recommendation in the time period permitted. However, Mr. Burks has paid his filing fee [Doc. No. 5]. In light of this development, Mr. Burks may proceed with his habeas corpus action. The Report and Recommendation [Doc. No. 4] is not adopted by the Court.

Dated: April 24, 2017

                                       s/Susan Richard Nelson
                                       SUSAN RICHARD NELSON
                                       United States District Judge