UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DESMON DEMOND BURKS, | Case No. 17-CV-0539 (SRN/SER) |
| Petitioner, | |
| v. | **ORDER** |
| STATE OF MINNESOTA, | |
| Respondent. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED:**

1. The petition for a writ of habeas corpus of petitioner Desmon Demond Burks [Doc. No. 1] is DENIED.

2. No certificate of appealability is issued.

Dated: May 31, 2017

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge